IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| LATONYA EASON,<br>INDIVIDUALLY AND ON BEHALF<br>OF HER MINOR SON, Q.E. | PLAINTIFFS |
| VS. | CIVIL ACTION NO.: 3:24-CV-00049-MPM-JMV |
| CITY OF SENATOBIA, ET AL. | DEFENDANTS |

## ORDER STAYING CERTAIN PROCEEDINGS

Plaintiff LaTonya Eason, individually and on behalf of her minor son, Q.E., brought suit against the City of Senatobia, Chief Richard Chandler, and Zachary Jenkins, both in their individual and official capacities ("Defendants"). *See* Doc. No. 1. Defendants have moved for judgment on the pleadings or, alternatively, for summary judgment on the grounds of qualified, sovereign, and MTCA immunity. *See* Doc. Nos. 18-20.

Under Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Courts for the Northern and the Southern Districts of Mississippi, "[f]iling a . . . motion asserting an immunity defense . . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

ACCORDINGLY, IT IS ORDERED that the proceedings enumerated in Rule 16(b)(3)(B), along with the case management conference, are stayed pending a ruling on Municipal Defendants' motion.

**SO ORDERED** this 31st day of May, 2024.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**