## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**LATONYA EASON, INDIVIDUALLY
AND ON BEHALF OF HER MINOR
SON, Q.E.**                                           **PLAINTIFFS**

**VS.**                                **CIVIL ACTION NO.: 3:24-CV-49-MPM-JMV**

**CITY OF SENATOBIA, ET AL.**                             **DEFENDANTS**

## STIPULATION OF DISMISSAL

It is stipulated that all claims against the City of Senatobia, Chief Richard Chandler, and Zachary Jenkins[1] may be dismissed with prejudice pursuant to the terms of a Confidential Release of Claims and Settlement Agreement entered into by Plaintiff LaTonya Eason, individual and on behalf of her minor son Q.E., which includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

Based on this stipulation, the parties agree that the Court may enter a Final Judgment dismissing the claims against these Defendants with prejudice and retain jurisdiction to enforce the terms of the settlement agreement, as necessary.

Dated:  March 3, 2026.

                                 Respectfully submitted,

                                 **PHELPS DUNBAR, LLP**

                               BY:   *Mallory K. Bland*
                                        G. Todd Butler, MB #102907
                                        Mallory K. Bland, MB #105665
                                        1905 Community Bank Way, Suite 200
                                        Flowood, Mississippi 39232
                                        Telephone: 601-352-2300

---

[1] Chief Richard Chandler and Zachary Jenkins were previously dismissed from this lawsuit, but the opinion does not indicate that the dismissal was with prejudice.  Doc. No. 57.

PD.60936636.1

Telecopier: 601-360-9777
todd.butler@phelps.com
mallory.bland@phelps.com

**ATTORNEYS FOR MUNICIPAL
DEFENDANTS**

**AGREED TO AS TO FORM AND CONTENT:**


*/s/ Willie Abston*
Willie Abston, MSB #9935
Willie T. Abston, LLC
PO Box 320727
Flowood, Mississippi 39232
Tel: 601-487-8839
Email: willie.abston@abstonlaw.com

***ATTORNEY FOR PLAINTIFFS***

PD.60936636.1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I had a copy of this document filed electronically, which sent notice to all counsel of record.

SO CERTIFIED, this the 3rd day of March, 2026.

*Mallory K. Bland*
Mallory K. Bland

PD.60936636.1